*Notice: This order is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 25-BG-0613**

IN RE JOSEPH LACOME,
                    Respondent.
A Suspended Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No. 995071**                    **DDN: 2025-D092**

BEFORE:    Beckwith, Easterly, and McLeese, Associate Judges.

## O R D E R
(FILED – May 7, 2026)

On consideration of the certified order from the Arizona Supreme Court suspending respondent for six months by consent with the additional condition that he resign from the Arizona State Bar; this court's July 3, 2025, order suspending respondent pending this matter's resolution and directing him to show cause why the functionally equivalent discipline of a six-month suspension with a fitness requirement should not be imposed; respondent's response, in which he states that he does not contest the proposed sanction; the statement of Disciplinary Counsel; and respondent's D.C. Bar. R. XI, § 14(g) affidavit filed August 14, 2025, it is

ORDERED that Joseph Lacome is hereby suspended for six months from the practice of law in the District of Columbia, nunc pro tunc to August 14, 2025, with reinstatement conditioned upon a showing of fitness. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that exceptions to the rebuttable presumption in favor of identical reciprocal discipline should be rare).

**PER CURIAM**